# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RENEE BABBITTS,<br>Individually and on behalf<br>Of all others similarly situated,<br><br>        *Plaintiff*,<br><br>  v.<br><br>ADVOCATE AURORA HEALTH,<br>INC.,<br>        *Defendant*. | Case No. 21-cv-6293<br><br>Honorable John F. Kness<br><br>Magistrate Judge Gabriel Fuentes |

## JOINT MOTION TO CONTINUE STAY PENDING SETTLEMENT DISCUSSIONS

The Parties, by and through their respective attorneys, jointly move for an order staying the proceedings, including discovery, to give the Parties time to engage in a formal mediation. In support of this Motion, the Parties state as follows:

1. On November 23, 2021, Plaintiff filed a Complaint alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–19. (Dkt. No. 1). Defendant filed an Answer on March 21, 2022. (Dkt. No. 18).

2. On March 21, 2022, the Parties filed a joint motion to stay pending initial settlement discussions. (Dkt. No. 19). The parties asked the Court to stay the matter through April 29, 2022, to determine whether an early mediation would be appropriate in this matter. (*Id*., ¶ 3). The parties represented that on or before April 29, 2022, they would either (i) file a request for a longer stay to provide them time to engage in a mediation or (ii) the stay would lift and they would return to active litigation. (*Id*., ¶ 5).

3. Finding good cause, the Court granted the Parties' motion and stayed this matter. (Dkt. No. 20). The Court also reset a previously scheduled status hearing for May 25, 2022, at 9:40 a.m. (*Id*.).

4. The Parties have continued their respective investigations into the merits of the case and both Plaintiff and Defendant have determined that an early mediation would be appropriate.

5. As a result, and consistent with their prior motion, the Parties hereby request that the Court continue the stay to permit them to engage in a formal mediation.

6. The requested stay of the proceedings will promote the interests of justice and serve judicial economy, and it will not cause prejudice to any Party.

**WHEREFORE**, the Parties respectfully request that the Court grant this Motion and:

A. Temporarily stay the instant proceedings, including discovery, until further order of the Court;

B. Remove the May 25,2022 hearing from the calendar; and

C. Order the Parties to provide a written status report within 90 days of any order granting this Motion.

Dated April 29, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Clif Alexander | /s/ Tony H. McGrath |
| Clif Alexander | Tony H. McGrath |
| Anderson Alexander, PLCC | Jackson Lewis P.C. |
| 819 N. Upper Broadway | 22 East Mifflin Street, Suite 800 |
| Corpus Christ, Texas 78401 | Madison, WI 53703 |
| (361) 452.1279 | (608) 807-5274 |
| (316) 452-1284 (Facsimile) | (608) 260-0058 (Facsimile) |
| clif@a2xlaw.com | Tony.McGrath@JacksonLewis.com |
| austin@a2xlaw.com | |
| Ryan F. Stephan | Kirsten A. Milton |
| James B. Zouras | Daniel T. Corbett |
| Megan E. Shannon | Jackson Lewis P.C. |
| Stephan Zouras, LLP | 150 North Michigan Avenue, Suite 2500 |
| 100 North Riverside Plaza, Suite 2150 | Chicago, Illinois 60601 |
| Chicago, Illinois 60606 | (312) 787-4949 |
| (312) 233-1550 | (312) 787-4995 (Facsimile) |
| (312) 233-1560 (Facsimile) | Kirsten.Milton@jacksonlewis.com |
| rstephan@stephanzouras.com | Daniel.Corbett@jacksonlewis.com |

jzouras@stephanzouras.com
mshannon@stephanzouras.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on April 29, 2002, he caused a true and correct copy of the foregoing Joint Motion To Continue Stay Pending Settlement Discussions to be electronically filed with the Court and served upon all attorneys of record registered with the Court's ECF/CM system:

/s/ Tony H. McGrath