UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Renee Babbitts
                    Plaintiff,

v.                                                               Case No.: 1:21−cv−06293
                                                                    Honorable John F. Kness

Advocate Aurora Health, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2022:

    MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' renewed joint motion [26] seeking a continued stay of the case pending settlement discussions. For the reasons provided by the parties, good cause under FRCP 16(b)(4) being shown, the motion is granted. The existing stay [20] will remain in place pending further order. Hearing set for 5/25/2022 is reset to 8/9/2022 at 10:00 AM. The parties are directed to use the same call−in information [5]. A joint status report must be filed on or before 8/2/2022. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.